BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  DEERE REPAIR SERVICES ANTITRUST LITIGATION | MDL DOCKET NO. _____ |

### DEERE & COMPANY'S MOTION TO TRANSFER RELATED CASES FOR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407

Deere & Company ("Deere") is a defendant in six substantially similar cases pending in federal courts throughout the country. Deere hereby moves for an order for transfer and consolidation pursuant to 28 U.S.C. § 1407 for the civil actions listed in the Schedule of Actions filed concurrently herewith.

For the reasons set forth herein and in Deere's accompanying Brief in Support, Deere respectfully requests that the Panel issue an Order transferring the six actions listed in the accompanying Schedule of Actions, as well as all subsequently filed related actions, to the Hon. Martha M. Pacold in the U.S. District Court for the Northern District of Illinois (Eastern Division) in Chicago, Illinois for coordinated or consolidated pretrial proceedings.

Dated:  February 25, 2022

Respectfully submitted,

By: /s/ *John M. Majoras*

John M. Majoras
jmmajoras@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: (202) 879-3939

Tiffany Lipscomb-Jackson
tdlipscombjackson@jonesday.com
JONES DAY
325 John H. McConnell Boulevard,
Suite 600
Columbus, OH 43215-2673
Telephone:  (614) 281-3876

Corey A. Lee
calee@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939

Amanda B. Maslar
amaslar@jonesday.com
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL  60601.1692
Telephone:  (312) 782-3939

*Counsel for Defendant Deere & Company*