**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: DEERE REPAIR SERVICES ANTITRUST LITIGATION | MDL DOCKET NO. _________ |
|---|---|

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on February 25, 2022 I caused to be electronically filed the following with the Clerk of the Court using the Judicial Panel on Multidistrict Litigation's CM/ECF system:

1) Deere & Company's Motion to Transfer Related Cases for Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407;
2) Brief in Support of Deere & Company's Motion to Transfer Related Cases for Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407;
3) Schedule of Actions, including docket sheets and complaints for all related actions; and
4) Oral Argument Statement.

I further certify that copies of the foregoing were served on all counsel and on the Clerk of the Court of each proposed transferor court, by email or First Class Mail, as follows:

| COURT CLERKS | |
| --- | --- |
| Clerk, Northern District of Illinois<br>Eastern Division, Chicago<br>Dirksen U.S. Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Clerk, Northern District of Illinois<br>Western Division, Rockford<br>Roszkowski U.S. Courthouse<br>327 S. Church Street<br>Rockford, IL 61101 |
| Clerk, Northern District of Alabama<br>United States District Court<br>101 Holmes Avenue<br>Huntsville, AL 35801 | Clerk, Eastern District of Tennessee<br>Winchester Division, Chattanooga Divisional Office<br>Joel W. Solomon Federal Building<br>900 Georgia Avenue<br>Chattanooga, Tennessee 37402 |
| Clerk, Western District of Oklahoma<br>William J. Holloway, Jr. U.S. Courthouse<br>200 NW 4th Street<br>Oklahoma City, OK 73102 | |

<table>
<tr><th colspan="2">COUNSEL/PARTIES</th></tr>
<tr><td colspan="2">Forest River Farms v. Deere & Co., No. 1:22-cv-00188 (N.D. Ill.)</td></tr>
<tr><td>Kenneth A. Wexler<br>Justin N. Boley<br>Tyler J. Story<br>Wexler Boley & Elgersma LLP<br>55 West Monroe Street, Suite 3300<br>Chicago, IL 60603<br>312-346-2222<br>Email: kaw@wbe-llp.com<br>Email: jnb@wbe-llp.com<br>Email: tjs@wbe-llp.com<br><br>Counsel for Plaintiff</td><td>Daniel E. Gustafson<br>Daniel C. Hedlund<br>Michelle J. Looby<br>Kaitlyn L. Dennis<br>Gustafson Gluek PLLC<br>120 South Sixth Street #2600<br>Minneapolis, MN 55402<br>612-333-8844<br>Email: dgustafson@gustafsongluek.com<br>Email: dhedlund@gustafsongluek.com<br>Email: mlooby@gustafsongluek.com<br>Email: kdennis@gustafsongluek.com<br><br>Counsel for Plaintiff</td></tr>
<tr><td>Adam J. Zapala<br>Elizabeth T. Castillo<br>James G. Dallal<br>Reid W. Gaa<br>Cotchett, Pitre & McCarthy LLP<br>840 Malcolm Road Burlingame, CA 94010<br>650-697-6000<br>Email: azapala@cpmlegal.com<br>Email: ecastillo@cpmlegal.com<br>Email: jdallal@cpmlegal.com<br>Email: rgaa@cpmlegal.com<br><br>Counsel for Plaintiff</td><td></td></tr>
</table>

<table>
<tr><th colspan="2">Plum Ridge Farms v. Deere & Co., No. 3:22-cv-50039 (N.D. Ill.)</th></tr>
<tr><td>Robert M. Foote<br>Kathleen C. Chavez<br>Matthew J. Herman<br>Elizabeth C. Chavez<br>Bret K. Pufahl<br>Foote, Mielke, Chavez & O'Neil LLC<br>10 W. State Street, Suite 200<br>Geneva, IL 60134<br>630-232-7450<br>Email: rmf@fmcolaw.com<br>Email: kcc@fmcolaw.com<br>Email: mjh@fmcolaw.com<br>ecc@fmcolaw.com<br>bkp@fmcolaw.com<br><br>Counsel for Plaintiff</td><td>Marc C. Gravino (6188531)<br>John J. Holevas (6193167)<br>WilliamsMcCarthy LLP<br>P.O. Box 219<br>Rockford, IL 61105<br>815-987-8936<br>Email: mgravino@wilmac.com<br>Email: jholevas@wilmac.com<br><br>Counsel for Plaintiff</td></tr>
<tr><th colspan="2">Brown v. Deere & Co., No. 3:22-cv-50039 (N.D. Ill.)</th></tr>
<tr><td>Edward A. Wallace<br>Timothy E. Jackson<br>Jessica Wieczorkiewicz<br>Wallace Miller<br>111 W Jackson Blvd. Suite 1700<br>Chicago, IL 60604<br>312-261-6193<br>Email: eaw@wallacemiller.com<br>Email: tej@wallacemiller.com<br>Email: jw@wallacemiller.com<br><br>Counsel for Plaintiff</td><td>Jeffrey L. Kodroff<br>John A. Macoretta<br>Spector Roseman Kodroff, P.C.<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>215-496-0300<br>Email: jkodroff@srkattorneys.com<br>Email: jmacoretta@srkattorneys.com<br><br>Counsel for Plaintiff</td></tr>
<tr><td>Joseph Lyon<br>Clint Watson<br>The Lyon Firm, LLC<br>2754 Erie Ave.<br>Cincinnati, Ohio 45208<br>513-381-2333<br>Email: jlyon@thelyonfirm.com<br><br>Counsel for Plaintiff</td><td></td></tr>
</table>

| *Wells v. Deere & Co.*, No. 3:22-cv-000074-LCB (N.D. Ala.) | |
|---|---|
| Eric J. Artrip<br>D. Anthony Mastando<br>Mastando & Artrip, LLC<br>301 Washington St., Suite 302<br>Huntsville, Alabama 35801<br>256-532-2222<br>Email: artrip@mastandoartrip.com<br>Email: tony@mastandoartrip.com<br><br>**Counsel for Plaintiff** | Richard P. Rouco<br>Quinn, Connor, Weaver, Davies & Rouco LLP<br>2- 20th Street North, Suite 930<br>Birmingham, Alabama 35203<br>205-870-9989<br>Email: rrouco@qcwdr.com<br><br>**Counsel for Plaintiff** |
| Joe R. Whatley<br>Tucker Brown<br>Whatley Kallas, LLC<br>2001 Park Place Suite 1000<br>Birmingham, Alabama 35203<br>205-488-1200<br>Email: jwhatley@whatleykallas.com<br>Email: tbrown@whatleykallas.com<br><br>**Counsel for Plaintiff** | |
| *Underwood v. Deere & Co.*, No. 4:22-cv-00005-CEA-SKL (E.D. Tenn.) | |
| John Whitfield (TN 33123)<br>Gregory F. Coleman (TN 14092)<br>Milberg Coleman Bryson Phillips Grossman, PLLC<br>800 S. Gay Street, Suite 1100<br>Knoxville, Tennessee 37929<br>865-247-0080<br>Email: jwhitfield@milberg.com<br>Email: gcoleman@milberg.com<br><br>**Counsel for Plaintiff** | Peggy J. Wedgworth<br>Elizabeth McKenna<br>John D. Hughes<br>Blake Hunter Yagman<br>Michael Acciavatti<br>Milberg Coleman Bryson Phillips Grossman, PLLC<br>405 E. 50th Street<br>New York, New York 10022<br>212-594-5300<br>Email: pwedgworth@milberg.com<br>Email: emckenna@milberg.com<br>Email: jhughes@milberg.com<br>Email: byagman@milberg.com<br>Email: macciavatti@milberg.com<br><br>**Counsel for Plaintiff** |

| *Ferrell v. Deere & Co.*, No. 5:22-cv-000157-G (W.D. Okla.) | |
|---|---|
| Rex A. Sharp<br>Isaac L. Diel<br>Greg M. Bentz<br>Ruth Anne French-Hodson<br>Hammons Hepner<br>Sharp Law LLP<br>4820 W. 75th Street<br>Prairie Village, KS 66208<br>913-901-0505<br>Email: rsharp@midwest-law.com<br>Email: idiel@midwest-law.com<br>Email: gbentz@midwest-law.com<br>Email: rafrenchhodson@midwest-law.com<br>Email: hhepner@midwest-law.com<br><br>**Counsel for Plaintiff** | Kyle B. Hadwiger<br>Hadwiger & Jungman, PLLC<br>120 S. Grand<br>P.O. Box 306 Cherokee, OK 73728<br>580-596-3591<br>Email: kyle@hjoklaw.com<br><br>**Counsel for Plaintiff** |
| Tim Battin<br>BoiesBattin LLP<br>4041 University Drive, 5th Floor<br>Fairfax, VA 22030<br>703-764-8700<br>Email: tbattin@straus-boies.com<br><br>**Counsel for Plaintiff** | |

Dated: February 25, 2022

Respectfully submitted,

By: */s/ John M. Majoras*

John M. Majoras
jmmajoras@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: (202) 879-3939

Tiffany Lipscomb-Jackson
tdlipscombjackson@jonesday.com
JONES DAY
325 John H. McConnell Boulevard,
Suite 600
Columbus, OH 43215-2673
Telephone: (614) 281-3876

Corey A. Lee
calee@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939

Amanda B. Maslar
amaslar@jonesday.com
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL 60601.1692
Telephone: (312) 782-3939

*Counsel for Defendant Deere & Company*