# EXHIBIT A

BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: DEERE REPAIR SERVICES ANTITRUST LITIGATION** | **MDL DOCKET NO. _____** |

**AMENDED SCHEDULE OF ACTIONS**

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1. | **Plaintiff:** Forest River Farms, *Individually and on behalf of all others similarly situated*<br><br>**Defendant:** Deere & Co. (d/b/a John Deere) | U.S.D.C. Northern District of Illinois (Eastern Division – Chicago) | No. 1:22-cv-00188 | Martha M. Pacold |
| 2. | **Plaintiff:** Plum Ridge Farms, Ltd., *Individually and on behalf of all others similarly situated*<br><br>**Defendant:** Deere & Co. (d/b/a John Deere) | U.S.D.C. Northern District of Illinois (Western Division – Rockford) | No. 3:22-cv-50030 | Iain D. Johnston |
| 3. | **Plaintiff:** Daniel Brown, D/B/A Otsego Forestry Services, *individually and on behalf of all others similarly situated*<br><br>**Defendant:** Deere & Co. (d/b/a John Deere) | U.S.D.C. Northern District of Illinois (Western Division – Rockford) | No. 3:22-cv-50039 | Iain D. Johnston |
| 4. | **Plaintiff:** Trinity Dale Wells, *Individually and on behalf of all others similarly situated*<br><br>**Defendant:** Deere & Co. (d/b/a John Deere) | U.S.D.C. Northern District of Alabama (Huntsville) | No. 3:22-cv-00074 | Liles C. Burke |
| 5. | **Plaintiff:** David Underwood, *Individually and on behalf of all others similarly situated*<br><br>**Defendant:** Deere & Co. (d/b/a John Deere) | U.S.D.C. Eastern District of Tennessee (Winchester Division – Chattanooga) | No. 4:22-cv-00005 | Charles E. Atchley, Jr. |
| 6. | **Plaintiff:** Monty Ferrell, *Individually and on behalf of all others similarly situated*<br><br>**Defendant:** Deere & Co. (d/b/a John Deere) | U.S.D.C. Western District of Oklahoma (Oklahoma City) | No. 5:22-cv-00157- | Charles B. Goodwin |

Dated:  February 28, 2022

Respectfully submitted,

By: */s/ John M. Majoras*

John M. Majoras
jmmajoras@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: (202) 879-3939

Tiffany Lipscomb-Jackson
tdlipscombjackson@jonesday.com
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215-2673
Telephone:  (614) 281-3876

Corey A. Lee
calee@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939

Amanda B. Maslar
amaslar@jonesday.com
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL  60601.1692
Telephone:  (312) 782-3939

*Counsel for Defendant Deere & Company*