**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION | MDL DOCKET NO. 3030 |

## NOTICE OF RELATED ACTION

Pursuant to the Rules and Procedures of the United States Judicial Panel on Multidistrict Litigation, the undersigned notifies this Court of the following Related Action:

*Samantha Casselbury v. Deere & Co. (d/b/a John Deere)*
C. D. Illinois (Rock Island)
Case No. 4:22-cv-04049-SLD-JEH
Assigned to the Honorable Sara Darrow (presiding)

A schedule of action(s), certificate of service, and combined docket and complaint are attached as exhibits.

Date: March 15, 2022

Respectfully submitted,

/s/ Mindee J. Reuben
Mindee J. Reuben
**Lite DePalma Greenberg & Afanador, LLC**
1835 Market Street, Suite 2626
Philadelphia, PA 19103
(267) 314-7980 (direct)
mreuben@litedepalma.com

906782.1