BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: DEERE REPAIR SERVICES ANTITRUST LITIGATION | MDL DOCKET NO. 3030 |

## CERTIFICATE OF SERVICE

I certify that on March 15, 2022, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the JPML CM/ECF filing system which provides electronic service upon all counsel of record.

Date:   March 15, 2022

Respectfully submitted,

/s/ Mindee J. Reuben
Mindee J. Reuben
**Lite DePalma Greenberg & Afanador, LLC**
1835 Market Street, Suite 2626
Philadelphia, PA 19103
(267) 314-7980 (direct)
mreuben@litedepalma.com

906779.1