BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION | MDL No. 3030 |

**PROOF OF SERVICE**

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on March 15, 2022, the foregoing Corporate Disclosure Statement was electronically filed with the Clerk of Court using the JPML CM/ECF filing system, which provides electronic service upon all counsel of record.

Dated: March 15, 2022            Respectfully submitted,

_s/Garrett D. Blanchfield_
Garrett D. Blanchfield, #209855
Roberta A. Yard, #322295
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street, Suite W1050
St. Paul, MN 55101
Telephone: 651-287-2100
Facsimile: 651-287-2103

***Attorneys for Plaintiff Hapka Farms, Inc.***