BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION | MDL DOCKET NO. 3030 |

## CERTIFICATE OF SERVICE

I certify that on March 18, 2022, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the JPML CM/ECF filing system, which provides electronic service upon all counsel of record.

*/s/ Gregory F. Coleman*
Gregory F. Coleman (TN Bar No. 14092)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
T: 865-247-0080
F: 864-522-0049
gcoleman@milberg.com

*Attorneys for Plaintiff David Underwood,*
USDC, E.D.TN. Case Number: 4:22-cv-00005