BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION | MDL DOCKET NO. 3030 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on March 21, 2022, I caused to be electronically filed the following with the Clerk of the Court using the Judicial Panel on Multidistrict Litigation's CM/ECF system:

(1) Notice of Potential Tag-Along Action; and

(2) Schedule of Actions, including docket sheet and complaint for the potential tagalong action.

I further certify that copies of the foregoing were served on all counsel and on the Clerk of the Court of the proposed transferor court in the relevant action by email or First Class Mail, as follows:

| COURT CLERK |
|---|
| Clerk, Northern District of Mississippi<br>Thomas G. Abernethy Federal Building<br>203 Gilmore Dr.<br>Amory, MS 38821 |

| COUNSEL/PARTIES ||
|---|---|
| *Blake Johnson v. Deere & Co.*, 1:22-cv-00047 (N.D. Miss.) ||
| Walter Alan Davis<br>Dunbar Davis, PLLC<br>324 Jackson Avenue East, Suite A<br>Oxford, Mississippi 38655<br>662-281-0001<br>Email: waltdavis@dunbardavis.com<br><br>**Counsel for Plaintiff** | Eric J. Artrip<br>D. Anthony Mastando<br>Mastando & Artrip, LLC<br>301 Washington St. NW, Suite 302<br>Huntsville, Alabama 35801<br>256-532-2222<br>Email: artrip@mastandoartrip.com<br>Email: tony@mastandoartrip.com<br><br>**Counsel for Plaintiff** |
| Richard P. Rouco<br>Quinn, Connor, Weaver, Davies, & Rouco LLP<br>2- 20th Street North, Suite 930<br>Birmingham, Alabama 35203<br>205-870-9989<br>Email: rrouco@qcwdr.com<br><br>**Counsel for Plaintiff** | Joe R. Whatley<br>Tucker Brown<br>Whatley Kallas, LLC<br>2001 Park Place Suite 1000<br>Birmingham, Alabama 35203<br>205-488-1200<br>Email: jwhatley@whatleykallas.com<br>Email: tbrown@whatleykallas.com<br><br>**Counsel for Plaintiff** |

Dated: March 21, 2022                                  Respectfully submitted,


                                                       By: */s/ John M. Majoras*

                                                       John M. Majoras
                                                       jmmajoras@jonesday.com
                                                       JONES DAY
                                                       51 Louisiana Avenue, N.W.
                                                       Washington, DC 20001
                                                       Telephone: (202) 879-3939

                                                       Tiffany Lipscomb-Jackson
                                                       tdlipscombjackson@jonesday.com
                                                       JONES DAY
                                                       325 John H. McConnell Boulevard,
                                                       Suite 600
                                                       Columbus, OH 43215-2673
                                                       Telephone:  (614) 281-3876

                                                       Corey A. Lee
                                                       calee@jonesday.com
                                                       JONES DAY
                                                       North Point
                                                       901 Lakeside Avenue
                                                       Cleveland, Ohio 44114
                                                       Telephone: (216) 586-3939

                                                       Amanda B. Maslar
                                                       amaslar@jonesday.com
                                                       JONES DAY
                                                       77 West Wacker, Suite 3500
                                                       Chicago, IL  60601.1692
                                                       Telephone:  (312) 782-3939


                                                       *Counsel for Defendant Deere & Company*