BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: DEERE REPAIR SERVICES | MDL No. 3030 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing **Response to Motion to Transfer** were served on all parties in the following cases electronically via ECF, or as indicated below, on March 22, 2022.

VIA ECF/ VIA EMAIL

| **Attorneys for Defendant Deere & Company** |
|---|
| John M. Majoras<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 879-3939<br>jmmajoras@jonesday.com<br><br>Tiffany D. Lipscomb-Jackson<br>JONES DAY<br>325 John H. McConnell Boulevard, Suite 600<br>Columbus, OH 43215<br>614-281-3876<br>tdlipscombjackson@jonesday.com<br><br>Amanda Balos Maslar<br>JONES DAY<br>77 West Wacker Suite 3500<br>Chicago, IL 60601<br>(312) 269-4151<br>amaslar@jonesday.com<br><br>Corey A. Lee<br>JONES DAY-CLEVELAND<br>901 Lakeside Avenue North Point |

1

Cleveland, OH 44114
216-586-3939
calee@jonesday.com

**Attorneys for Plaintiff Forest River Farms, N.D. Illinois, 22-cv-00188**

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Kaitlyn L. Dennis
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street #2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
kdennis@gustafsongluek.com

Kenneth A. Wexler
Justin N. Boley
Tyler J. Story
WEXLER BOLEY & ELGERSMA LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
kaw@wbe-llp.com
jnb@wbe-llp.com
tjs@wbe-llp.com

Adam J. Zapala
Elizabeth T. Castillo
James G. Dallal
Reid W. Gaa
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com
rgaa@cpmlegal.com

Case MDL No. 3030   Document 42-1   Filed 03/22/22   Page 3 of 7

| |
|---|
| **Attorney for Plaintiff Trinty Dale Wells, N.D. Alabama; 22-cv-00074** |
| Richard Paul Rouco<br>QUINN, CONNOR, WEAVER, DAVIES & ROUCO LLP<br>Two North 20th Street, Suie 930<br>Birmingham, AL 35203<br>Telephone: (205) 870-9989<br>rrouco@qcwdr.com |
| **Attorneys for Plaintiff David Underwood, E.D. Tennesesee; 22-cv-00005** |
| John Whitfield (TN 33123)<br>Gregory F. Coleman (TN 14092)<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>800 S. Gay Street, Suite 1100<br>Knoxville, Tennessee 37929<br>Tel.: 865-247-0080<br>Email: jwhitfield@milberg.com<br>gcoleman@milberg.com<br><br>Peggy J. Wedgworth<br>Elizabeth McKenna<br>John D. Hughes<br>Blake Hunter Yagman<br>Michael Acciavatti<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>405 E. 50th Street<br>New York, New York 10022<br>Tel.: 212-594-5300<br>Email: pwedgworth@milberg.com<br>emckenna@milberg.com<br>jhughes@milberg.com<br>byagman@milberg.com<br>macciavatti@milberg.com |
| **Attorneys for Plaintiff Plum Ridge Farms, Ltd., N.D. Illinois, 22-cv-50030** |
| Robert M. Foote, Esq.<br>Kathleen C. Chavez, Esq.<br>Matthew J. Herman, Esq.<br>Elizabeth C. Chavez, Esq.<br>Bret K. Pufahl, Esq.<br>FOOTE, MIELKE, CHAVEZ & |

3

O'NEIL, LLC
10 W. State Street, Suite 200
Geneva, IL 60134
Tel. No.: (630) 232-7450
Email: rmf@fmcolaw.com
kcc@fmcolaw.com
mjh@fmcolaw.com
ecc@fmcolaw.com
bkp@fmcolaw.com

Marc C. Gravino
John J. Holevas
WILLIAMS MCCARTHY LLP
P.O. Box 219
Rockford, IL 61105
(815) 987-8936
mgravino@wilmac.com
jholevas@wilmac.com

**Attorneys for Plaintiff Daniel Brown, N.D. Illinois, 22-cv-50039**

William Gerald Caldes
Spector Roseman & Kodroff, PC
2001 Market St., Ste. 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
bcaldes@srkattorneys.com

Jeffrey L. Kodroff
John A. Macoretta
SPECTOR ROSEMAN KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
jkodroff@srkattorneys.com
jmacoretta@srkattorneys.com

Joseph Lyon
Clint Watson (ARDC No. 6334209)
THE LYON FIRM, LLC
2754 Erie Ave.
Cincinnati, Ohio 45208
Phone (513) 381-2333

jlyon@thelyonfirm.com

Edward A. Wallace
Timothy E. Jackson
Jessica Wieczorkiewicz
WALLACE MILLER
111 W Jackson Blvd. Suite 1700
Chicago, IL 60604
T. (312) 261-6193
eaw@wallacemiller.com
tej@wallacemiller.com
jw@wallacemiller.com

**Attorneys for Plaintiff Monty Ferrell, W.D. Oklahoma, 22-cv-00157**

Gregory M. Bentz
SHARP LAW, LLP
4820 West 75th Street
Prairie Village, KS 66208
913-901-0505
gbentz@midwest-law.com

Isaac Diel
Sharp Law LLP
4820 W. 75th Street
Prairie Village, KS 66208
Telephone: (913) 901-0505
idiel@midwest-law.com

Timothy D. Battin
BOIES BATTIN LLP
4041 University Drive, 5th Floor
Fairfax, VA 22030
703-764-8700
tbattin@boiesbattin.com

Hammons P Hepner
SHARP LAW, LLP
4820 W. 75th Street
Prairie Village, KS 66208
913-901-0505
hhepner@midwest-law.com

| |
|---|
| Kyle B. Hadwiger<br>HADWIGER & JUNGMAN PLLC<br>120 South Grand P.O. Box 306<br>Cherokee, OK 73728<br>(580) 596-3591<br>kyle@hjoklaw.com<br><br>Rex A. Sharp<br>SHARP LAW LLP<br>4820 W 75th St<br>Prairie Village, KS 66208-4303<br>(913) 901-0500<br>rsharp@midwest-law.com<br><br>Ruth A French-Hodson<br>SHARP LAW LLP – PRAIRIE VILLAGE<br>4820 W 75th St<br>Prairie Village, KS 66208<br>913-901-0505<br>rafrenchhodson@midwest-law.com |
| **Attorneys for Plaintiff Hapka Farms, Inc., D. Minnesota, 22-cv-00503** |
| Garrett D. Blanchfield<br>Roberta A. Yard<br>REINHARDT WENDORF & BLANCHFIELD<br>332 Minnesota Street, Suite W1050<br>St. Paul, MN 55101<br>Tel: (651) 287-2100<br>g.blanchfield@rwblawfirm.com<br>r.yard@rwblawfirm.com |
| **Attorney for Plaintiff Eagle Lake Farms, N.D. Illinois, 22-cv-50078** |
| Lee Albert<br>Glancy Prongay & Murray LLP<br>230 Park Avenue, Suite 530<br>New York, NY 10169<br>Telephone: 212-682-5340<br>lalbert@glancylaw.com |
| **Attorney for Plaintiff Samantha Casselberry, C.D. Illinois, 22-cv-04049** |
| Mindee Reuben<br>Lite DePalma Greenberg & Afanador, LLC |

6

| |
|---|
| 1835 Market Street, Suite 2626,<br>Philadelphia, PA 19103<br>Telephone: (267) 314-7980<br>mreuben@litedepalma.com |
| **Attorney for Plaintiff Blake Johnson, N.D. Mississippi, 22-cv-00047** |
| Walter Alan Davis<br>DUNBAR DAVIS, PLLC<br>324 Jackson Avenue East, Suite A<br>Oxford, MS 38655<br>Telephone: (662) 281-0001<br>waltdavis@dunbardavis.com |

Dated: March 22, 2022                                       Respectfully submitted,

                                                            */s/ Daniel C. Hedlund*
                                                            Daniel C. Hedlund
                                                            **GUSTAFSON GLUEK PLLC**
                                                            120 South Sixth Street #2600
                                                            Minneapolis, MN 55402
                                                            dhedlund@gustafsongluek.com