BEFORE THE UNITED STATESJUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

**In Re Deere & Company Repair Services Antitrust Litigation MDL No. 3030**

**ERRATA**

**Correcting the case name on Document No. 39 from IN RE: DEERE REPAIR SERVICES ANTITRUST LITIGATION to IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION**