BEFORE THE UNITED STATESJUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In Re Deere & Company Repair Services Antitrust Litigation MDL No. 3030

## PROOF OF SERVICE

I certify that on March 22, 2022, I electronically filed the foregoing Response to Motion to Transfer with the Clerk of Court using the JPML CM/ECF filing system which provides electronic service upon all counsel of record. I have additionally served all counsel of record via electronic mail as noted on the attached Service List.

Date: March 22, 2022

/s/ Robert M. Foote
Robert M. Foote, Esq.

Foote, Mielke, Chavez & O'Neil, LLC
10 West State Street, Suite 200
Geneva, IL 60134
Tel: (630) 232-7450
Fax: (630) 232-7452
Email: rmf@fmcolaw.com
*Attorney for Plaintiff Plum Ridge Farms, Ltd.*

BEFORE THE UNITED STATESJUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In Re Deere & Company Repair Services Antitrust Litigation MDL No. 3030

SERVICE LIST

|  |  |
|---|---|
|  | **VIA ELECTRONIC MAIL** |
| Defendant, Deere & Co. | Amanda Balos Maslar<br>**JONES DAY**<br>77 West Wacker Suite 3500<br>Chicago, IL 60601<br>(312) 269-4151<br>amaslar@jonesday.com<br><br>Corey A. Lee<br>**JONES DAY-CLEVELAND**<br>901 Lakeside Avenue North Point<br>Cleveland, OH 44114-1190<br>216-586-3939<br>calee@jonesday.com<br><br>John M. Majoras<br>**JONES DAY**<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001<br>202-879-7652<br>jmmajoras@jonesday.com<br>Fax: 202-626-1700<br><br>Tiffany D. Lipscomb-Jackson<br>**JONES DAY**<br>325 John H. McConnell Boulevard<br>Suite 600<br>Columbus, OH 43215<br>614-281-3876<br>tdlipscombjackson@jonesday.com<br>Fax: 614-461-4198 |
| Plaintiff, Forest River Farms<br>Case No. 22-cv-188<br>N.D. Illinois, Eastern Div. | Kenneth A. Wexler<br>Justin N. Boley<br>Tyler J. Story |

| | | |
|---|---|---|
| | | **WEXLER BOLEY & ELGERSMA LLP**<br>55 West Monroe Street, Suite 3300<br>Chicago, IL 60603<br>Telephone: (312) 346-2222<br>kaw@wbe-llp.com<br>jnb@wbe-llp.com<br>tjs@wbe-llp.com<br><br>Daniel E. Gustafson<br>Daniel C. Hedlund<br>Michelle J. Looby<br>Kaitlyn L. Dennis<br>**GUSTAFSON GLUEK PLLC**<br>120 South Sixth Street #2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com<br>kdennis@gustafsongluek.com<br><br>Adam J. Zapala<br>Elizabeth T. Castillo<br>James G. Dallal<br>Reid W. Gaa<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>840 Malcolm Road Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>azapala@cpmlegal.com<br>ecastillo@cpmlegal.com<br>jdallal@cpmlegal.com<br>rgaa@cpmlegal.com |
| Plaintiff, Plum Ridge Farms, Ltd.<br>Case No. 3:22-cv-50030<br>N.D. Illinois (Western Division | | Robert M. Foote, Esq. (3124325)<br>Kathleen C. Chavez, Esq. (6255735)<br>Matthew J. Herman, Esq. (6237297)<br>Elizabeth C. Chavez, Esq. (6323726)<br>Bret K. Pufahl, Esq. (6325814)<br>**FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC**<br>10 W. State Street, Suite 200<br>Geneva, IL 60134<br>Tel. No.: (630) 232-7450<br>Fax No.: (630) 232-7452<br>Email: rmf@fmcolaw.com |

906812.1

| | |
|---|---|
| | kcc@fmcolaw.com<br>mjh@fmcolaw.com<br>ecc@fmcolaw.com<br>bkp@fmcolaw.com<br><br>Marc C. Gravino (6188531)<br>John J. Holevas (6193167)<br>**WILLIAMS MCCARTHY LLP**<br>P.O. Box 219<br>Rockford, IL 61105<br>(815) 987-8936<br>mgravino@wilmac.com<br>jholevas@wilmac.com |
| Plaintiff, Daniel Brown d/b/a Otsego Forestry Services<br>Case No. 3:22-cv-50039<br>N.D. Illinois (Western Division) | Edward A. Wallace<br>Timothy E. Jackson<br>Jessica Wieczorkiewicz<br>**WALLACE MILLER**<br>111 W Jackson Blvd. Suite 1700<br>Chicago, IL 60604<br>T. (312) 261-6193<br>E. eaw@wallacemiller.com<br>tej@wallacemiller.com<br>jw@wallacemiller.com<br><br>Jeffrey L. Kodroff*<br>John A. Macoretta*<br>**SPECTOR ROSEMAN KODROFF, P.C.**<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>*jkodroff@srkattorneys.com*<br>*jmacoretta@srkattorneys.com*<br><br>Joseph Lyon<br>Clint Watson (ARDC No. 6334209)<br>**THE LYON FIRM, LLC**<br>2754 Erie Ave.<br>Cincinnati, Ohio 45208<br>Phone (513) 381-2333<br>jlyon@thelyonfirm.com |

| | |
|---|---|
| Plaintiff, David Underwood<br>Case No. 4:22-cv-00005<br>E.D. Tennessee | John Whitfield (TN 33123)<br>Gregory F. Coleman (TN 14092)<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>800 S. Gay Street, Suite 1100<br>Knoxville, Tennessee 37929<br>Tel.: 865-247-0080<br>Email: jwhitfield@milberg.com<br>gcoleman@milberg.com<br><br>Peggy J. Wedgworth*<br>Elizabeth McKenna*<br>John D. Hughes* (admitted only in Michigan)<br>Blake Hunter Yagman*<br>Michael Acciavatti* (admitted only in Pennsylvania)<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>405 E. 50th Street<br>New York, New York 10022<br>Tel.: 212-594-5300<br>Email: pwedgworth@milberg.com<br>emckenna@milberg.com<br>jhughes@milberg.com<br>byagman@milberg.com<br>macciavatti@milberg.com |
| Plaintiff, Monty Ferrell<br>Case No. CIV-22-157-G<br>W.D. Oklahoma | Gregory M. Bentz<br>**SHARP LAW, LLP**<br>4820 West 75th Street<br>Prairie Village, KS 66208<br>913-901-0505<br>gbentz@midwest-law.com<br><br>Isaac Diel<br>**SHARP LAW, LLP**<br>4820 West 75th Street<br>Prairie Village, KS 66208<br>913-901-0505<br>idiel@midwest-law.com<br><br>Timothy D. Battin<br>**BOIES BATTIN LLP**<br>4041 University Drive, 5th Floor<br>Fairfax, VA 22030<br>703-764-8700 |

906812.1

|  |  |  |
|---|---|---|
| | | tbattin@boiesbattin.com<br>Fax: 703-764-8704<br><br>Hammons P Hepner<br>**SHARP LAW, LLP**<br>4820 W. 75th Street<br>Prairie Village, KS 66208<br>913-901-0505<br>hhepner@midwest-law.com<br><br>Kyle B. Hadwiger<br>**HADWIGER & JUNGMAN PLLC**<br>120 South Grand P.O. Box 306<br>Cherokee, OK 73728<br>(580) 596-3591<br>kyle@hjoklaw.com<br>Fax: (580) 596-2647<br><br>Rex A. Sharp<br>**SHARP LAW LLP**<br>4820 W 75th St<br>Prairie Village, KS 66208-4303<br>(913) 901-0500<br>rsharp@midwest-law.com<br><br>Ruth A French-Hodson<br>**SHARP LAW LLP - PRAIRIE VILLAGE**<br>4820 W 75th St<br>Prairie Village, KS 66208<br>913-901-0505<br>rafrenchhodson@midwest-law.com<br>Fax: 913-901-0419 |
| Plaintiff, Hapka Farms, Inc.<br>Case No. 0:22-cv-00503<br>D. Minn. | | Garrett D. Blanchfield (#209855)<br>Roberta A. Yard (#322295)<br>**REINHARDT WENDORF & BLANCHFIELD**<br>332 Minnesota Street, Suite W1050<br>St. Paul, MN 55101<br>Tel: (651) 287-2100<br>Fax: (651) 287-2103<br>g.blanchfield@rwblawfirm.com<br>r.yard@rwblawfirm.com |
| Plaintiff, Trinity Wells<br>Case No. 3:22-cv-00074<br>N.D. Alabama | | Richard P. Rouco<br>Quinn, Connor, Weaver, Davies & Trouco LLP |

|  |  | Two North 20th Street, Suite 930<br>Birmingham, AL 35203<br>Tel: (205) 870-9989<br>rrouco@qcwdr.com |
|---|---|---|
| Plaintiff, Samantha Casselbury<br>Case No. 4:22-cv-04049-SLD-JEH<br>C.D. Illinois (Rock Island) |  | Mindee J. Reuben<br>Lite DePalma Greenberg & Afanador, LLC<br>1835 Market Street, Suite 2626<br>Philadelphia, PA 19103<br>(267) 314-7980 (direct)<br>mreuben@litedepalma.com |