**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION<br><br>Relates to:<br><br>*Hapka Farms, Inc. v. Deere & Co. (d/b/a John Deere)*, 0:22-cv-00503 (D. Minn.) | MDL DOCKET NO. 3030 |

**ERRATA**

Correcting the case name on Document No. 41 from IN RE DEERE REPAIR SERVICES ANTITRUST LITIGATION to IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION