**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION | MDL No. 3030 |

**ERRATA**

Correcting the case name on Document No. 42 from IN RE: DEERE REPAIR SERVICES to IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION.

Dated: March 23, 2022                    Respectfully submitted,

*/s/ Daniel C. Hedlund*
Daniel C. Hedlund
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street #2600
Minneapolis, MN 55402
dhedlund@gustafsongluek.com