### BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION | MDL No. 3030 |

### PROOF OF SERVICE

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on May 2, 2022, the foregoing Notice of Presentation or Waiver of Oral Argument was electronically filed with the Clerk of Court using the JPML CM/ECF filing system, which provides electronic service upon all counsel of record.

Dated: May 2, 2022

Respectfully submitted,

  s/Roberta A. Yard
Garrett D. Blanchfield, #209855
Roberta A. Yard, #322295
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street, Suite W1050
St. Paul, MN 55101
Telephone: 651-287-2100
Facsimile: 651-287-2103

*Attorneys for Plaintiff Hapka Farms, Inc.*

**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION | MDL No. 3030 |
|---|---|

**SERVICE LIST**

| | VIA ELECTRONIC MAIL |
|---|---|
| Defendant, Deere & Co. | Amanda Balos Maslar<br>**JONES DAY**<br>77 West Wacker Suite 3500<br>Chicago, IL 60601<br>(312) 269-4151<br>amaslar@jonesday.com<br><br>Corey A. Lee<br>**JONES DAY-CLEVELAND**<br>901 Lakeside Avenue North Point<br>Cleveland, OH 44114-1190<br>216-586-3939<br>calee@jonesday.com<br><br>John M. Majoras<br>**JONES DAY**<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001<br>202-879-7652<br>jmmajoras@jonesday.com<br>Fax: 202-626-1700<br><br>Tiffany D. Lipscomb-Jackson<br>**JONES DAY**<br>325 John H. McConnell Boulevard<br>Suite 600<br>Columbus, OH 43215<br>614-281-3876<br>tdlipscombjackson@jonesday.com<br>Fax: 614-461-4198 |
| Plaintiff, Forest River Farms<br>Case No. 22-cv-188<br>N.D. Illinois (Chicago) | Kenneth A. Wexler<br>Justin N. Boley<br>Tyler J. Story |

| | |
|---|---|
| Hon. Martha M. Pacold | **WEXLER BOLEY & ELGERSMA LLP**<br>55 West Monroe Street, Suite 3300<br>Chicago, IL 60603<br>Telephone: (312) 346-2222<br>kaw@wbe-llp.com<br>jnb@wbe-llp.com<br>tjs@wbe-llp.com<br><br>Daniel E. Gustafson<br>Daniel C. Hedlund<br>Michelle J. Looby<br>Kaitlyn L. Dennis<br>**GUSTAFSON GLUEK PLLC**<br>120 South Sixth Street #2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com<br>kdennis@gustafsongluek.com<br><br>Adam J. Zapala<br>Elizabeth T. Castillo<br>James G. Dallal<br>Reid W. Gaa<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>840 Malcolm Road Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>azapala@cpmlegal.com<br>ecastillo@cpmlegal.com<br>jdallal@cpmlegal.com<br>rgaa@cpmlegal.com |
| Plaintiff, Plum Ridge Farms, Ltd.<br>Case No. 3:22-cv-50030<br>N.D. Illinois (Rockford)<br>Hon. Iain D. Johnston | Robert M. Foote, Esq. (3124325)<br>Kathleen C. Chavez, Esq. (6255735)<br>Matthew J. Herman, Esq. (6237297)<br>Elizabeth C. Chavez, Esq. (6323726)<br>Bret K. Pufahl, Esq. (6325814)<br>**FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC**<br>10 W. State Street, Suite 200<br>Geneva, IL 60134<br>Tel. No.: (630) 232-7450<br>Fax No.: (630) 232-7452<br>Email: rmf@fmcolaw.com |

3

907155.1

| | | |
|---|---|---|
| | | kcc@fmcolaw.com<br>mjh@fmcolaw.com<br>ecc@fmcolaw.com<br>bkp@fmcolaw.com<br><br>Marc C. Gravino (6188531)<br>John J. Holevas (6193167)<br>**WILLIAMS MCCARTHY LLP**<br>P.O. Box 219<br>Rockford, IL 61105<br>(815) 987-8936<br>mgravino@wilmac.com<br>jholevas@wilmac.com |
| Plaintiff, Daniel Brown d/b/a Otsego Forestry Services<br>Case No. 3:22-cv-50039<br>N.D. Illinois (Rockford)<br>Hon. Iain D. Johnston | | Edward A. Wallace<br>Timothy E. Jackson<br>Jessica Wieczorkiewicz<br>**WALLACE MILLER**<br>111 W Jackson Blvd. Suite 1700<br>Chicago, IL 60604<br>T. (312) 261-6193<br>E. eaw@wallacemiller.com<br>tej@wallacemiller.com<br>jw@wallacemiller.com<br><br>Jeffrey L. Kodroff*<br>John A. Macoretta*<br>William Caldes<br>**SPECTOR ROSEMAN KODROFF, P.C.**<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>*jkodroff@srkattorneys.com*<br>*jmacoretta@srkattorneys.com*<br>*bcaldes@srkattorneys.com*<br><br>Joseph Lyon<br>Clint Watson (ARDC No. 6334209)<br>**THE LYON FIRM, LLC**<br>2754 Erie Ave.<br>Cincinnati, Ohio 45208<br>Phone (513) 381-2333<br>jlyon@thelyonfirm.com |

907155.1

| | | |
|---|---|---|
| Plaintiff, David Underwood<br>Case No. 4:22-cv-00005<br>E.D. Tennessee<br>Hon. Charles E. Atchley, Jr. | | John Whitfield (TN 33123)<br>Gregory F. Coleman (TN 14092)<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>800 S. Gay Street, Suite 1100<br>Knoxville, Tennessee 37929<br>Tel.: 865-247-0080<br>Email: jwhitfield@milberg.com<br>gcoleman@milberg.com<br><br>Peggy J. Wedgworth*<br>Elizabeth McKenna*<br>John D. Hughes* (admitted only in Michigan)<br>Blake Hunter Yagman*<br>Michael Acciavatti* (admitted only in Pennsylvania)<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>405 E. 50th Street<br>New York, New York 10022<br>Tel.: 212-594-5300<br>Email: pwedgworth@milberg.com<br>emckenna@milberg.com<br>jhughes@milberg.com<br>byagman@milberg.com<br>macciavatti@milberg.com |
| Plaintiff, Monty Ferrell<br>Case No. CIV-22-157-G<br>W.D. Oklahoma<br>Hon. Charles Goodwin | | Gregory M. Bentz<br>**SHARP LAW, LLP**<br>4820 West 75th Street<br>Prairie Village, KS 66208<br>913-901-0505<br>gbentz@midwest-law.com<br><br>Isaac Diel<br>**SHARP LAW, LLP**<br>4820 West 75th Street<br>Prairie Village, KS 66208<br>913-901-0505<br>idiel@midwest-law.com<br><br>Timothy D. Battin<br>**BOIES BATTIN LLP**<br>4041 University Drive, 5th Floor<br>Fairfax, VA 22030<br>703-764-8700 |

907155.1

| | |
|---|---|
| | tbattin@boiesbattin.com<br>Fax: 703-764-8704<br><br>Hammons P Hepner<br>**SHARP LAW, LLP**<br>4820 W. 75th Street<br>Prairie Village, KS 66208<br>913-901-0505<br>hhepner@midwest-law.com<br><br>Kyle B. Hadwiger<br>**HADWIGER & JUNGMAN PLLC**<br>120 South Grand P.O. Box 306<br>Cherokee, OK 73728<br>(580) 596-3591<br>kyle@hjoklaw.com<br>Fax: (580) 596-2647<br><br>Rex A. Sharp<br>**SHARP LAW LLP**<br>4820 W 75th St<br>Prairie Village, KS 66208-4303<br>(913) 901-0500<br>rsharp@midwest-law.com<br><br>Ruth A French-Hodson<br>**SHARP LAW LLP - PRAIRIE VILLAGE**<br>4820 W 75th St<br>Prairie Village, KS 66208<br>913-901-0505<br>rafrenchhodson@midwest-law.com<br>Fax: 913-901-0419 |
| Plaintiff, Hapka Farms, Inc.<br>Case No. 0:22-cv-00503<br>D. Minnesota<br>Hon. David S. Doty | Garrett D. Blanchfield (#209855)<br>Roberta A. Yard (#322295)<br>**REINHARDT WENDORF & BLANCHFIELD**<br>332 Minnesota Street, Suite W1050<br>St. Paul, MN 55101<br>Tel: (651) 287-2100<br>Fax: (651) 287-2103<br>g.blanchfield@rwblawfirm.com<br>r.yard@rwblawfirm.com |
| | |
| Plaintiff, Trinity Dale Wells<br>Case No. 3:22-cv-74 | Dennis A Mastando<br>**MASTANDO & ARTRIP LLC** |

6

907155.1

| | |
|---|---|
| N.D. Alabama (Northwestern)<br>Hon. Liles C. Burke | 301 Washington Street Suite 302<br>Huntsville, AL 35801<br>USA<br>256-532-2222<br>Email:Tony@mastandoartrip.Com<br><br>Eric J Artrip<br>**MASTANDO & ARTRIP LLC**<br>301 Washington Street Suite 302<br>Huntsville, AL 35801<br>USA<br>256-532-2222 Fax: 256-513-7489<br>Email:Artrip@mastandoartrip.Com<br><br>Joe R Whatley , Jr<br>**WHATLEY KALLAS LLP**<br>2001 Park Place North Suite 1000<br>Birmingham, AL 35203<br>USA<br>205-488-1200 Fax: 800-922-4851<br>Email:Jwhatley@whatleykallas.Com<br><br>Richard P Rouco<br>**QUINN CONNOR WEAVER DAVIES & ROUCO LLP**<br>Two North Twentieth Street 2 20th Street North Suite 930<br>Birmingham, AL 35203<br>USA<br>205-870-9989 Fax: 205-803-4143<br>Email:Rrouco@qcwdr.Com<br><br>W Tucker Brown<br>**WHATLEY KALLAS LLC**<br>P.O. Box 10968<br>Birmingham, AL 35202-0968<br>USA<br>205-488-1200 Fax: 800-922-4851<br>Email:Tbrown@whatleykallas.Com |
| Plaintiff, Eagle Lake Farms Partnership<br>Case No. 3:22-cv-50078<br>N.D. Illinois (Rockford)<br>Hon. Iain D. Johnston | Robert M. Foote, Esq.<br>**FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC**<br>10 West State Street, Suite 200<br>Geneva, IL 60134<br>Tel: (630) 232-7450 |

7

907155.1

|  |  | Fax: (630) 232-7452<br>Email: rmf@fmcolaw.com |
|---|---|---|
| Plaintiff, Blake Johnson<br>Case No. 1:22-cv-00047<br>N.D. Mississippi<br>Hon. Michael P. Mills, Sr. Judge |  | Walter Alan Davis<br>**DUNBAR DAVIS, PLLC**<br>324 Jackson Avenue East, Suite A<br>Oxford, Mississippi 38655<br>662-281-0001<br>Email: waltdavis@dunbardavis.com |

907155.1