# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

### SUPPLEMENTAL NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed on April 14, 2022, supplemental notice is hereby given regarding the May 26, 2022, hearing session scheduled to consider various matters under 28 U.S.C. § 1407.

ORAL ARGUMENT:

- Counsel presenting oral argument must be present at **8:30 a.m.** Oral argument will begin at **9:30 a.m.** (All times are Eastern Daylight Time.) The Panel will hear argument in the following dockets, in the following order, at this session:

    MDL No. 3028 − IN RE: ONE APUS CONTAINER SHIP INCIDENT ON NOVEMBER 30, 2020

    MDL No. 3029 − IN RE: COVIDIEN HERNIA MESH PRODUCTS LIABILITY LITIGATION (NO. II)

    MDL No. 3030 − IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION

    MDL No. 3031 − IN RE: DIRECT PURCHASER PLAINTIFF BEEF ANTITRUST LITIGATION

    MDL No. 3032 − IN RE: FAMILY DOLLAR STORES, INC., PEST INFESTATION LITIGATION

    MDL No. 3033 − IN RE: SENIOR HEALTH INSURANCE COMPANY OF PENNSYLVANIA REHABILITATION PLAN LITIGATION

    MDL No. 3034 − IN RE: NEO WIRELESS, LLC, PATENT LITIGATION

    MDL No. 3035 − IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION

- Please review and plan to abide by the Western District of Pennsylvania's requirements regarding public access and masks or face coverings in light of COVID-19 which can be found on the court's website: https://www.pawd.uscourts.gov/.

- **In order to limit the number of counsel required in the courtroom, the Panel will allocate argument time in advance.**  The Panel will not entertain arguments on the day of the hearing that counsel not allocated time be allowed to present argument.  Non-arguing counsel need not travel to the Panel hearing.  Depending on social distancing rules in force in the courthouse at the time of the hearing, access to the courtroom may be limited, including for non-arguing counsel.

- Panel staff will email counsel who filed a Notice of Presentation or Waiver of Oral Argument and indicated an intent to present oral argument the Panel's allocation of argument times.

- **All persons, including counsel and associated attendees, must wear masks in the courtroom, regardless of vaccination status, during the taking of appearances and when otherwise instructed by the Panel.**

- Counsel will not be permitted to appear remotely.

- A transcript of the oral argument will be filed in each docket when it becomes available.  Parties who wish to order a transcript may obtain the court reporter's contact information from the court reporter at the hearing or from the Panel at 202-502-2800 following the hearing.

- If counsel wish to make a substitution, either as to counsel designated to argue on behalf of a particular party or with respect to a position advocated by multiple parties, counsel must file a Notice of Substitution no later than **May 12, 2022**.  After that date, no substitutions will be permitted absent extraordinary circumstances.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel